685 A.2d 1390

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Barbara Ann RHOADS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 13, 1996.

## ORDER

PER CURIAM:

AND NOW, this 13th day of December, 1996, the Petition for Allowance of Appeal is GRANTED, limited to the issue of

whether 75 Pa.C.S. § 3731(a)(5) is unconstitutional. Petitioner's conviction under 75 Pa.C.S. § 3731(a)(5) and her judgment of sentence are vacated pursuant to *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996) and the matter is remanded to the trial court for further action consistent with this Order. Jurisdiction is relinquished.